[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 13, 2006
THOMAS K. KAHN
CLERK

No. 06-12808
Non-Argument Calendar
_____

D. C. Docket No. 04-00013-CV-CDL-3

HOLLY DRACZ,

Plaintiff-
Counter-Defendant-
Appellant,

versus

AMERICAN GENERAL LIFE INSURANCE COMPANY,
as successor in interest to The Old Line
Life Insurance Company of America,

Defendant-
Counter-Claimant-
Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(October 13, 2006)

Before DUBINA, BLACK and HULL, Circuit Judges.

PER CURIAM:

Holly Dracz appeals the district court's exclusion of two expert witnesses and grant of summary judgment in favor of American General Life Insurance Company, in Dracz's action against American General to obtain the proceeds from her deceased husband's life insurance policy. After a careful review, we affirm the district court's exclusion of the expert witnesses and entry of summary judgment for the reasons outlined in the district court's well-reasoned March 31, 2006, and April 13, 2006, orders.

AFFIRMED.